STATE OF NEW JERSEY v. JAY BROWN.

June 18, 1981.

Petition for certification denied.

EUGENE J. URICOLI v. THE BOARD OF TRUSTEES, POLICE
AND FIREMEN'S RETIREMENT SYSTEM.

June 18, 1981.

Petition for certification granted.

STATE OF NEW JERSEY v. WARREN P. KITTREDGE, JR.

June 18, 1981.

Petition for certification denied.

MARK EDWARD ERDMANN, SR. v. ANGELITO L. SEBOLLENA.

June 18, 1981.

Petition for certification denied.